1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA HUBBARD,                  Case No. 08cv1285 H (CAB)

12      Plaintiff,
                                     **NOTICE OF VOLUNTARY**
13 v.                                **DISMISSAL**

14 KMART CORPORATION, et al,

15      Defendants.
                                  /
16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, BARBARA HUBBARD, hereby requests that purusant to FRCP 41

3  (a)(1), the Court dismiss the above entitled action, without prejudice, as to all parties.

4      This shall dismiss this action in its entirety.

6  Dated: July 28, 2008        DISABLED ADVOCACY GROUP, APLC

8      /s/ Scottlynn J Hubbard, IV
    SCOTTLYNN J HUBBARD, IV
    Attorney for Plaintiff

Notice of Voluntary Dismissal      - 2 -      *Hubbard v. Kmart Corporation, et al.*
    08cv1285 H (CAB)